IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KIMBERLY E. SWINDOLL,**  Plaintiff, | ) ) ) |
| vs. | ) ) CIVIL ACTION 15-0327-KD-M |
| **CAROLYN W. COLVIN,** Commissioner of Social Security, Defendant. | ) ) ) ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), and dated January 27, 2016, is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that the decision of the Commissioner be **AFFIRMED** and that this action be **DISMISSED**.

**DONE** and **ORDERED** this **19**<sup>th</sup> day of **February 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**